JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ROY HARTMAN,

Plaintiff,

v.

TANSHANNA GOLDEN et al.,

Defendants.

Case No. 2:26-cv-04124-SB-AYP

FINAL JUDGMENT

For the reasons stated in the separate order of dismissal entered this date, it is ordered that Plaintiff Roy Hartman's claims are dismissed without prejudice for lack of prosecution.

This is a final judgment.

Date: July 21, 2026

Stanley Blumenfeld, Jr.
United States District Judge